# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mehta, Amit P. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>08/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active US District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2018 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | ABA Sentencing Panel | September 6-7, 2018 | Tampa, FL | Panel | Travel, meals and hotel |
| 2. | Berkeley Law Judge in Residence program | September 23-26, 2018 | Berkeley, CA | Panel | Travel, meals and hotel |
| 3. | ABA Antitrust Conference | October 22-24, 2018 | Berkeley, CA | Conference | Travel, meals and hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | M | T | | | | | |
| 2. BNY Mellon Accounts (Snowden) | | | | | | | | | |
| 3. - Invesco St Treasury Reserve | A | Int./Div. | K | T | | | | | |
| 4. - Blackrock Global Allocation Fund Inc | A | Dividend | J | T | | | | | |
| 5. 401(k) | | | | | | | | | |
| 6. - American Funds Growth Fund of America | E | Dividend | N | T | Buy (add'l) | 04/13/18 | J | | |
| 7. - American Funds New Perspective Fund | E | Dividend | N | T | Buy (add'l) | 04/13/18 | J | | |
| 8. - American Funds Washington Mutual Investors Fund | E | Dividend | N | T | Buy (add'l) | 04/13/18 | J | | |
| 9. DC College Savings Plan | | | | | | | | | |
| 10. - Intermediate-Term Bond Portfolio | | | K | T | Buy (add'l) | 05/23/18 | J | | |
| 11. - US Large Cap Equity Portfolio | | | L | T | Buy (add'l) | 05/23/18 | J | | |
| 12. - DC College Savings 2025 Portfolio | | | M | T | Buy (add'l) | 05/23/18 | J | | |
| 13. - DC College Savings 2028 Portfolio | | | L | T | Buy (add'l) | 11/21/18 | J | | |
| 14. IRA #1 | | | | | | | | | |
| 15. - Pershing Government Account | A | Dividend | J | T | | | | | |
| 16. - iShares TR IBoxx USD Invt Grade Corp Bond | B | Dividend | L | T | Buy (add'l) | 01/18/18 | K | | |
| 17. | | | | | Buy (add'l) | 10/04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - iShares Inc Core MSCI Emerging Mkts ETF | A | Dividend | K | T | Sold (part) | 04/19/18 | K | C | |
| 19. | | | | | Sold (part) | 07/16/18 | J | A | |
| 20. | | | | | Sold (part) | 10/04/18 | J | A | |
| 21. - iShares Short Maturity Bond | B | Dividend | L | T | Buy (add'l) | 01/18/18 | J | | |
| 22. | | | | | Buy (add'l) | 07/16/18 | K | | |
| 23. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 24. - iShares Currency Hedged MSCI EAFE | A | Dividend | | | Sold (part) | 01/18/18 | J | B | |
| 25. | | | | | Sold | 04/19/18 | K | C | |
| 26. - iShares 7-10 Year Treasury Bond | | | | | Sold | 01/18/18 | K | | |
| 27. - iShares JPMorgan USD Emerg Markets Bond | B | Dividend | K | T | Buy (add'l) | 07/16/18 | J | | |
| 28. - iShares Core S&P Mid-Cap | A | Dividend | K | T | Sold (part) | 10/04/18 | J | C | |
| 29. - iShares Core S&P Small-Cap | A | Dividend | J | T | Sold (part) | 04/19/18 | J | B | |
| 30. - iShares Core S&P 500 | C | Dividend | M | T | Sold (part) | 01/18/18 | J | B | |
| 31. | | | | | Sold (part) | 04/19/18 | J | A | |
| 32. - iShares Edge MSCI USA Momentum Factor | A | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 33. | | | | | Buy (add'l) | 04/19/18 | K | | |
| 34. | | | | | Sold (part) | 07/16/18 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - iShares Intermediate Credit Bond | B | Dividend | K | T | Sold (part) | 01/18/18 | J | | |
| 36. | | | | | Sold (part) | 07/16/18 | K | | |
| 37. - iShares S&P 500 Growth | A | Dividend | J | T | Buy | 04/19/18 | J | | |
| 38. - iShares S&P 500 Value | A | Dividend | J | T | Sold (part) | 04/19/18 | J | A | |
| 39. - iShares Edge MSCI Min Vol USA | A | Dividend | K | T | | | | | |
| 40. - iShares Core MSCI EAFE | B | Dividend | K | T | Buy (add'l) | 04/19/18 | K | | |
| 41. | | | | | Sold (part) | 07/16/18 | J | A | |
| 42. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 43. - iShares 20 Plus Year Treasury Bond ETF | A | Dividend | | | Buy (add'l) | 04/19/18 | J | | |
| 44. | | | | | Sold | 07/16/18 | K | A | |
| 45. - iShares Global Tech | A | Dividend | K | T | Buy | 07/16/18 | K | | |
| 46. - ishares US Treasury Bond | A | Dividend | K | T | Buy | 01/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 08/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amit P. Mehta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544